**WITHERS BERGMAN LLP**
John A. Farnsworth (CT20705)
157 Church Street, 19th Floor
New Haven, CT 06510
203-974-0353 (p)
203-285-1653 (f)
*Attorney for Brain Tunnelgenix Technologies Corp.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------x
BRAIN TUNNELGENIX
TECHNOLOGIES CORP.

         Plaintiff,

   -against-

FREDERICK L. WU,

         Defendant.
---------------------------------------------------x

No. 3:11-cv-00690-CFD

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned for all parties to this action, that pursuant to Rule 41 of the Federal Rules of Civil Procedure, the above entitled action is hereby dismissed with prejudice, and without costs to any party as against any other party.

Withers Bergman LLP,
*Attorneys for the Plaintiff*
Brain Tunnelgenix Technologies Corp.
157 Church Street, P.O. Box 426
New Haven, CT 06502-0426
(203) 789-1320

By: _____
John A. Farnsworth (CT20705)

SO ORDERED

_____
U.S.D.J.

Frederick L. Wu,
*The Defendant*
6036 Tigerside Way
San Ramon, CA 94582
(925) 249-2250

_____
Frederick L. Wu

_____
Date

1308090.2.